THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jemal Grubbs,       
Appellant.
 
 
 

Appeal from Horry County
J. Michael Baxley, Circuit Court Judge

Memorandum Opinion No. 2004-MO-035
Heard May 27, 2004 - Filed July 12, 
 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of South Carolina 
 Office of Appellate Defense, of Columbia, for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliott, and Assistant 
 Attorney General Deborah R.J. Shupe, of Columbia; and Solicitor John Gregory 
 Hembree, of Conway, for respondent.
 
 
 

 PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and 
 the following authority:  State v. Young, 243 S.C. 187, 133 S.E.2d 210 
 (1963) (indictment sufficiently alleges assault and battery of high and aggravated 
 nature in general terms).
 MOORE, A.C.J., WALLER, BURNETT and PLEICONES, JJ., and Acting 
 Justice Clifton B. Newman, concur.